UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANNA MOCHALOVA,

Defendant.

**INDICTMENT**

26 Cr.

26 CRIM 530

**COUNT ONE**
**(Hate Crime Act – Victim-1)**

The Grand Jury charges:

1. On or about October 21, 2026, in the Southern District of New York, ANNA MOCHALOVA, the defendant, willfully caused bodily injury to a person ("Victim-1") and, through the use of a dangerous weapon, attempted to cause bodily injury to Victim-1, because of Victim-1's actual and perceived race and religion, to wit, MOCHALOVA stabbed Victim-1 in the back with a sharp object while Victim-1 was walking down the street, causing Victim-1 bodily injury.

(Title 18, United States Code, Section 249(a)(1)(A).)

**COUNT TWO**
**(Hate Crime Act – Victim-2)**

The Grand Jury further charges:

2. On or about October 21, 2026, in the Southern District of New York, ANNAMOCHALOVA, the defendant, willfully caused bodily injury to a person ("Victim-2") and, through the use of a dangerous weapon, attempted to cause bodily injury to Victim-2, because of Victim-2's actual and perceived race and religion, to wit, MOCHALOVA stabbed Victim-2 in the

arm with a sharp object while Victim-2 was standing at a street corner, causing Victim-2 bodily injury.

(Title 18, United States Code, Section 249(a)(1)(A).)

[redacted]
FOREPERSON
11/10/2026

*James M. McDonald*
JAMES M. MCDONALD
United States Attorney