**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

ANNA MOCHALOVA,

Defendant.

ORDER

26 Crim. 530 (GBD)

GEORGE B. DANIELS, United States District Judge:

An arraignment and initial conference for the above-captioned case is hereby scheduled before this Court on November 17, 2026 at 10:30 a.m.

Dated: November 12, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge